AO 91 (REV.5/85) Criminal Complaint

AUSA Erik Hogstrom (312) 353-8709

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
3-11-08
MAR 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

JESUS MANUEL GONZALEZ
also known as "Antonio Gonzalez"

**CRIMINAL COMPLAINT**

ASHMAN

CASE NUMBER: MAGISTRATE JUDGE ASHMAN

08CR 205

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about February 28, 2008, at Calumet, Illinois, in the Northern District of Illinois, Eastern Division, JESUS MANUEL GONZALEZ, also known as "Antonio Gonzalez", defendant herein,

> being an alien, who previously had been deported and removed from the United States on or about June 28, 2002, was found in the United States without previously having obtained the express consent of the United States Attorney General, and at any time after February 28, 2003, the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4). I further state that I am a Special Agent with the Bureau of Immigration and Customs Enforcement ("ICE") and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
RAYMOND E. SMITH
Special Agent, U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

March 11, 2008 at Chicago, Illinois
Date City and State

MARTIN C. ASHMAN, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES DISTRICT COURT )
) ss
NORTHERN DISTRICT OF ILLINOIS )

AFFIDAVIT

I, RAYMOND E. SMITH, being duly sworn, state as follows:

1. I am a Special Agent with the United States Bureau of Immigration and Customs Enforcement ("ICE"), and have been so employed for 10 years years. I am a member of an investigative unit within ICE that specializes in the apprehension of criminal aliens. I work in conjunction with other law enforcement agencies in reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration-related laws, policies, and procedures, including those related to the reentry of previously deported aliens.

2. This affidavit is submitted in support of a criminal complaint alleging that Jesus Manuel Gonzalez, also known as Antonio Gonzalez, (hereinafter "GONZALEZ"), has violated 8 U.S.C. § 1326(a), Reentry of Removed Alien, by being present and found in the United States after having been deported, and is subject to the enhanced penalty provision set forth in 8 U.S.C. § 1326(b)(2) because GONZALEZ previously was deported following conviction for an aggravated felony. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging GONZALEZ with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to

establish probable cause to believe that GONZALEZ committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and officers and by others persons identified in this affidavit, and my review of records maintained by ICE, other components of the Department of Homeland Security (DHS), and other government agencies.

4. According to DHS records, GONZALEZ is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DHS records reflect that GONZALEZ was born in Mexico on December 17, 1954 and originally entered the United States on April 27, 1977, at Detroit, Michigan.

5. Records maintained by the United States Court for the Eastern District of Michigan reflect that on or about September 2, 1994, GONZALEZ was convicted of Conspiracy to Possess with Intent to Distribute Cocaine/Marijuana, an aggravated felony, and sentenced to 108 months in prison.

6. DHS records further reflect that defendant was ordered removed on July 11, 2001, and on June 28, 2002, was deported from the United States to Mexico at El Paso, Texas.

7. Additionally, DHS records reflect that defendant has not received permission to reapply for admission into the United States.

8. On or about February 27, 2008, I responded to a tip that Jesus Manuel Gonzalez had been arrested for, and pled guilty to, a DUI offense and was residing at 597 Muskegon, Calumet, Illinois. At that address, I encountered defendant outside and took him into custody. I recognized the defendant from the photograph that was taken of him when he was deported.

9. Subsequent to his arrest, GONZALEZ was advised of his Miranda rights. GONZALEZ admitted his identity, that he previously had been deported from the United States, and that he had not applied for or received official permission to reapply for admission into the United States.

10. Additionally, a fingerprint comparison conducted by ICE has verified that defendant is the same person convicted of Conspiracy to Possess with Intent to Distribute Cocaine/Marijuana, in the United States Court for the Eastern District of Michigan on or about September 2, 1994, and deported on June 28, 2002.

FURTHER AFFIANT SAYETH NOT.

RAYMOND E. SMITH
Special Agent, Bureau of
Immigration and Customs
Enforcement

SUBSCRIBED AND SWORN to before me on March 11, 2008.

MARTIN C. ASHMAN
United States Magistrate Judge