# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 205 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Jesus Manuel Gonzalez | | |

**DOCKET ENTRY TEXT**

Arraignment held. The defendant enters plea of Not Guilty to the Indictment. 16.1A conference to be held by 4/3/08. Pretrial motions to be filed by 4/17/08. Responses to pretrial motions are due by 4/24/08; replies thereto due by 5/1/08. Status hearing set before Judge Moran on 5/8/08 at 9:15 a.m. Time is excluded pursuant to 18:3161(h)(1). Xt1

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | AC |
|---|---|---|