Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 205 - 1 | DATE | 5/1/2008 |
| CASE TITLE | USA vs. JESUS MANUEL GONZALEZ | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty to the one count indictment and enters a plea of guilty to the charges in the indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing is set for July 8, 2008 at 10:00 a.m.

Docketing to mail notices.

00:30



| | Courtroom Deputy Initials: | LG |
|---|---|---|